UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

       Plaintiff,                                  Criminal No. 23-mj-30102

v.

Brian Nicolas Zervos,

       Defendant.

_____/

## MOTION AND ORDER TO UNSEAL THE
## COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                          Respectfully submitted,

                                                          Dawn N. Ison
                                                          United States Attorney

                                                          *s/Christopher W. Rawsthorne*
                                                          Christopher W. Rawsthorne
                                                          Assistant United States Attorney
                                                          211 W. Fort Street, Suite 2001
                                                          Detroit, MI 48226
                                                          (313) 226-9160

Dated: March 13, 2023                    christopher.rawsthorne@usdoj.gov

**IT IS SO ORDERED.**

                                                  s/Elizabeth A. Stafford  
                                                  Hon. Elizabeth A. Stafford  
                                                  United States Magistrate Judge

Entered: March 13, 2023