| | | |
|---|---|---|
| | AUSA: Christopher Rawsthorne | Telephone: (313) 226-9100 |
| AO 442 (Rev. 11/11) Arrest Warrant | Special Agent: Matthew Hughes | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,
v.
Brian Nicolas Zervos

Case No.

Case: 2:23-mj-30102
Assigned To : Unassigned
Assign. Date : 3/10/2023
SEALED MATTER (LH)

## ARREST WARRANT

I hereby certify that the foregoing is a certified copy of the original on file in this office.
Clerk, U.S. District Court
Eastern District of Michigan
By: **L. HOSKING**
Deputy

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brian Nicolas Zervos,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
Violations of 18 U.S.C. § 2251 (sexual exploitation of children), 18 U.S.C. § 2422(b) (online enticement of a minor), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession and access with intent to view child pornography).

FILED
CLERK'S OFFICE
MAR 13 2023
U.S DISTRICT COURT
EASTERN MICHIGAN

Date: March 10, 2023

*Issuing officer's signature*

City and state: Detroit, Michigan

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* March 10, 2023, and the person was arrested on *(date)* March 12, 2023
at *(city and state)* River Rouge, MI.

Date: 12/13/2023

*Arresting officer's signature*

Matthew Hughes, FBI Special Agent
*Printed name and title*

---

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*