UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,                Cr. No. 23-30102
                                                  Judge: Unassigned

v.

Brian Nicholas Zervos,

                Defendant.
_____/

## APPEARANCE

To the Clerk of this Court and all parties of record:

      Enter my appearance as Counsel in the case for Defendant Brian Nicholas Zervos.

      I certify that I am admitted to practice in the Court.

                              Respectfully Submitted

                              <u>s/Casey Swanson</u>
                              Attorney for Defendant
                              613 Abbott Street, 5th Floor
                              Detroit, Michigan 48226
                              casey_swanson@fd.org
                              (313) 967-5542

March 14, 2023