UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                Plaintiff,                Cr. No. 23-30102
                                                Judge: Unassigned

v.

Brian Nicolas Zervos,

                Defendant.
_____/

## APPEARANCE

To the Clerk of this Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant Brian Nicolas Zervos.

I certify that I am admitted to practice in the Court.

                Respectfully Submitted

                <u>s/Todd A. Shanker</u>

                Attorney for Defendant
                613 Abbott Street, 5th Floor
                Detroit, Michigan 48226
                todd_shanker@fd.org
                (313) 967-5879

March 15, 2023