MIED (Rev. 05/04) Notice of Change of Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

      Plaintiff,

Case No. 23-mj-30102

v.

BRIAN NICOLAS ZERVOS,

      Defendant.

## NOTICE OF ADDITION OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following change(s) of Assistant U.S. Attorney(s) of record for the above captioned case:

*Add the following AUSA(s):*

Name: Tara Mathena Hindelang

Bar ID: P78685

Telephone: (313) 226-9543

Fax: (313) 226-2372

Email: Tara.Hindelang@usdoj.gov

*Terminate the following AUSA(s):*

Name:

Telephone:

                                                  *s/Tara Mathena Hindelang*
                                                  TARA MATHENA HINDELANG
                                                  Assistant United States Attorney
                                                  211 W. Fort Street, Suite 2001
                                                  Detroit, MI 48226-3211
                                                  (313) 226-9543

Dated: March 22, 2023                         Tara.Hindelang@usdoj.gov