UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                        Case No. 2:23–mj–30102–DUTY

Brian Nicholas Zervos,

                Defendant(s),

_____/

**ORDER GRANTING LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE**

This matter coming before the Court on the Government's motion, with notice having been provided to the defense, for the reasons stated in the Government's motion, the Court grants the Government leave to dismiss the complaint against Brian Nicholas Zervos.

Accordingly, it is hereby ordered that the Complaint against Brian Nicholas Zervos be dismissed without prejudice, and that the Appearance Bond, if any, and the Order Setting Conditions of Release be cancelled.

                                                            s/Elizabeth A. Stafford
                                                            Elizabeth A. Stafford
                                                             U.S. Magistrate Judge

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                           By: s/Marlena Williams
                                                               Case Manager

Dated:  April 27, 2023